UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**Patrick Ferrick,**
**Alexandra Guzman, by and through her parent Lori Guzman, and Hannah Snell, by and through her parent Drake Snell,**

**Civil No. 01-486 JMR/SRN**

**Plaintiffs,**

**v.**

**PRETRIAL SCHEDULING ORDER**

**Michael O'Keefe, Commissioner Minnesota Department of Human Services,**

**Defendant.**

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court as amended effective November 1, 1996, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

**Discovery Plan**

1. **Discovery shall be commenced in time to be completed by March 15, 2002.**

2. All initial disclosures required by Rule 26(a)(1) shall be completed on or before May 25, 2001.

3. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) shall be made on or before December 3, 2001. Disclosure of rebuttal experts shall be made on or before January 2, 2002.

4. Full disclosure of expert testimony, required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made on or before February 1, 2002.

FILED MAY 22 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

5. No more than 50 interrogatories [counted in accordance with Fed. R. Civ. P. 33(a)] shall be served by any party.

6. No more than 50 requests for documents shall be served by any party.

7. No more than 50 requests for admissions shall be served by any party.

8. No more than 12 depositions, excluding expert witness depositions, shall be taken by any party. Each party shall take no more than 4 expert depositions.

**Non-Dispositive Motions**

(Non-dispositive motions may be scheduled for hearing by calling Beverly Riches, Calendar Clerk, 651-848-1200.)

1. All motions which seek to amend the pleadings or add parties must be served by August 1, 2001.

2. All motions which seek class certification shall be served and filed by January 2, 2002.

3. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by April 1, 2002.

4. All non-dispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1, and 37.2.

**Dispositive Motions**

1. All dispositive motions shall be served, filed and heard by July 15, 2002. (Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Larry Lewis, 612-664-5053.)

2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

**Trial**

This case shall be ready for trial **(COURT)** on October 1, 2002, or upon resolution of any pending dispositive motions. Anticipated length of trial is 5 -10 days.

Dated: May 22, 2001.

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge