**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**
**CIVIL FILE NO. 01-486 JMR/SRN**

Patrick Ferrick, Alexandra Guzman, by and through her parent, Lori Guzman, and Hannah Snell, a minor child, by and through her parent, Drake Snell, individuals and as representatives of a class of persons similarly situated,

Plaintiffs,

**STIPULATION AND ORDER**

vs.

Michael O'Keefe, Commissioner, Minnesota Department of Human Services, in his official capacity.

Defendant.

---

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, all parties to this action, through their undersigned counsel, stipulate that this action may be dismissed in its entirety without prejudice, each party to bear its own costs.

**MINNESOTA DISABILITY LAW CENTER**

Dated: 6/28/01

Barnett I. Rosenfield
Attorney Registration No. 212854
430 First Avenue North, Suite 300
Minneapolis, MN 55401-1780
(612) 332-1441

Attorney for Plaintiffs

FILED
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS

**Mike Hatch**
Attorney General, State of Minnesota

Dated: June 29, 2001

Kristen M. Olsen

Kristen M. Olsen
Assistant Attorney General
Attorney ID # 30489X
445 Minnesota Street, Suite 900
St. Paul, Minnesota 55101-2127
651-297-4084 (voice)
651-296-1410 (TTY)
Attorney for Defendant

IT IS SO ORDERED.

BY THE COURT:

Dated: July 5, 2000

James M. Rosenbaum
United States District Court Judge